IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| ALFRED QUINTANILLA, | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. V-12-044 |
| | § § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMIN., | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered on the same date herewith, this action is **DISMISSED with prejudice**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _22__ day of September, 2015.

_____
JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE